```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

United States of America

    v.                                                      2:22-cr-35

Ken J. Chen

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 14) that the defendant's guilty plea be accepted.  The court accepts the defendant's plea of guilty to Counts 1 and 2 of the Information, and he is hereby adjudged guilty on those counts.  The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: April 25, 2022                        s/ James L. Graham
                                                  James L. Graham
                                                  United States District Judge